# Exhibit 5
# Blaugrund Declaration

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRAND STAIRCASE ESCALANTE PARTNERS, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| | ) **CASE NO.** 17-2591 (TSC) |
| DONALD J. TRUMP, *et al.*, | ) ) |
| *Defendants*. | ) ) ) |

**DECLARATION OF BENJAMIN BLAUGRUND**

I, Benjamin Blaugrund, declare as follows:

1. I am over the age of eighteen and am competent to testify. This Declaration is based on my personal knowledge and belief.

2. I am a resident of Escalante, Utah, and have lived there for approximately nine months.

3. I am a small business owner in Escalante. I am the 92% majority owner of a Bed & Breakfast, Canyons Bed & Breakfast, in Escalante, Utah, which I purchased in April 2015.

4. Prior to opening the Canyons Bed & Breakfast business in Escalante, I have worked as a real estate investor and an attorney.

5. I am a member of Grand Staircase Escalante Partners. I became a member in 2017.

6. I am also a member of the Board of Directors of the Boulder-Escalante Chamber of Commerce.

7. I have been visiting the Grand Staircase Escalante National Monument (the "Monument" or "GSENM") since 2015, and have always enjoyed the land in this area. I have visited numerous National Parks and Monuments, and find that GSENM is unique because the Monument's vast size affords individuals an opportunity to enjoy true wilderness. This is an experience that I have found cannot be experienced in any other national parks or monuments. My attraction to the Monument caused me to move my family, including my young son, to this area even though I left one of the best school districts in the country. The educational opportunities from the Monument, from its biological diversity to the paleontological and archeological wonders and

mysteries it offers, make this an ideal place for my son to be educated. The vast expanse of the Monument, its cultural artifacts, the paleontological richness, and endless opportunities to adventure in solitude are all reasons why I have invested my family's future here.

8. I moved to Escalante as a result of the Grand Staircase-Escalante Monument, and in order to open a business near the Monument.  Together with a business partner, I bought Canyons Bed & Breakfast and moved my entire family to Escalante, Utah.  The B&B receives its main traffic from tourists visiting the Grand Staircase Escalante Monument.

9. I have moved my entire family and bought a farm in Escalante, and am re-building the home on that farm.  I anticipated being able to retire in this area, given my investment in Canyons Bed & Breakfast, the other commercial lots I've purchased here, and my home.  The President's action threatens those investments' future income stream and decreases the property values of my other holdings in Escalante, and could jeopardize my ability to continue to live in Escalante.

10. Beyond simple economics, the Monument's vast expanse led me and my family to give up deep roots in our prior home in Colorado. In addition to investment properties, our lives were tied to friends and family. Our social connection was in Colorado. Yet, we have forsaken that rich life because we believed Escalante would be our long-term home, and the best place to raise our young son. We relied on the existence of the Monument and its permanence as a federally protected land to risk not just dollars, but proximity to family and friends, amenities. We sold our apartment in Boulder Colorado, a real estate market that will be difficult to get back into. We did all of this for the promise of the Monument and the educational, recreational and lifestyle opportunities that it offers.

11.  It has been my experience that a significant portion of the customer base at the Canyons B&B are tourists returning to visit the Monument.  In my conversations with B&B patrons, I have observed that a significant number of individuals are directed to the B&B because of a previously planned trip to visit the Monument.  For this reason, the Monument is a crucial part of my marketing and advertising for the B&B.  Indeed a central tenant of our marketing is that we're located "in the heart of Grand Staircase National Monument."  A less advertised, but critical part of our marketing for return customers is to discuss detailed itineraries within the Monument while our customers have breakfast at the B&B.  We also have partnerships with local outfitters, restaurants and realtors, to whom we send our patrons.

12. The President's decision to reduce the size of the Monument has harmed and continues to harm me because it is damaging my ability to sell my B&B.

    a. In September, 2016, my operating partner for the B&B learned she would need to leave Escalante to care for an aging relative. As a result, we listed the B&B for sale.  Between September and early November, I received several purchase

    inquiries and one serious potential buyer.  We had been engaged in financing discussions, and had come to a general understanding on price.

b. However, after President Trump was elected in late November, that potential buyer backed out of the sale over concern that the status of the Monument was in jeopardy, citing the rhetoric emanating from Utah's federal representatives and then-President-Elect Trump.  Included as **Attachment A** to my declaration is a copy of my correspondence with the seller where he connects his concerns to the status of the Monument.

c. After Secretary Zinke announced that he would be undertaking a "review" of the Grand Staircase Monument, and expressed that Grand Staircase represented a "book-end" of Antiquities Act "overreach," I did not receive any serious offers on the B&B, and the frequency with which I received even cursory interest has declined noticeably.

d. Since the President's December 4th Proclamation reducing the size of the Monument, I have not received *any* offers to purchase the B&B whatsoever, a drop off in interest that alarms me.  Before, I had been averaging about one soft inquiry a month.  This is especially troubling since the new year is typically a time when the market for B&Bs is active, and there are lots of offers and movement.

e. I strongly believe that my inability to sell my B&B is a result of the President's review of Grand Staircase, and his ultimate decision to cut its size.  I believe that my B&B has lost value from when I purchased it.  As a result, it is substantially likely that I will have to reduce my asking price.

I DECLARE UNDER PENALTY OF PERJURY THAT, TO THE BEST OF MY KNOWLEDGE, THE FOREGOING IS TRUE AND CORRECT.

Executed on this 19th day of January, 2018.

_____
           Benjamin Blaugrund

4

**ATTACHMENT A**

 Gmail                                                Ben Blaugrund <benblaugrund@gmail.com>

# FW: Escalante

**Ben Blaugrund** <benblaugrund@gmail.com>                                    Wed, Aug 23, 2017 at 8:43 PM
To: benblaugrund <benblaugrund@gmail.com>

> On Wed, Nov 23, 2016 at 6:16 PM, Cathy Bagley <cathy@bouldermountainrealty.com> wrote:
>
>> Ben,
>>
>> This is the email I received today – you can see the string of emails. Cathy
>>
>> ---
>>
>> **From:** Alan Richter [mailto:awarenesstennis@gmail.com]
>> **Sent:** Wednesday, November 23, 2016 9:35 AM
>> **To:** Cathy Bagley <cathy@bouldermountainrealty.com>
>> **Subject:** Re: Escalante
>>
>> Hi Cathy,
>>
>> Thanks for your call. We'll keep moving forward with making an offer to Ben.
>>
>> I'll have to admit that dampening our outlook is that the new administration in Washington has in its sights potentially opening up the GSENM to oil exploration. Though I am sure there are those who would see this as a needed economic boom for the area, we see it as being an irreversible catastrophic ruination to the beauty of the area. Hopefully the Staircase will be spared. And Bears Ears too.
>>
>> Have a safe and enjoyable Thanksgiving with your family.
>>
>> Alan
>> Sent from my iPhone